UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
GORDON GROSS,

                Petitioner,

                                                                            ORDER

               -v-                                                        Dkt. No. 14-cv-768 (JKS)

HAROLD GRAHAM,

                Respondent.
-------------------------------------------------------X

       Upon the motion of Sponsor Sydney Manes, Esq., an attorney admitted to practice law in this Court, to admit Richard M. Langone, Esq., for pro hac vice admission to this Court to represent the petitioner in the above-captioned matter, and,

       Upon the papers filed in support of the motion, it is hereby

       ORDERED that Richard M. Langone is admitted to represent the petitioner Gordon Gross in this action.

Dated:       November 13, 2017

                                                                  /s/ James K. Singleton

                                                                                  D.J.